**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| Beats Electronics, LLC )<br>    Plaintiff )<br>)<br>v. )<br>)<br>The Partnerships and )<br>Unincorporated Associations )<br>Identified on Schedule "A" )<br>    Defendant )<br>) | | Case No: 13 C 6724<br><br>Judge: Samuel Der-Yeghiayan |

**ORDER**

Motion hearing held. Plaintiff's motion for leave to file brief in excess of 15 ages [7] is granted. Plaintiff's motion for leave to file Schedule A attached to the complaint under seal and the WHOIS information [8] is granted. Plaintiff's motion for TRO [6] is granted. Preliminary injunction hearing set for 10/23/13 at 9:30 a.m.

Date: September 25, 2013    /s/ _____
                                              Samuel Der-Yeghiayan
                                              U.S. District Court Judge